UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NO. 0:14−CV−02061−RHK−JJG

| | |
|---|---|
| Brian Kelly and John Kelly,<br><br>            Plaintiffs,<br>v.<br><br>Oxford Law, LLC,<br><br>            Defendant. | **NOTICE OF<br>VOLUNTARY DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant(s) shall be and hereby is dismissed without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal may be entered in the above-entitled action pursuant hereto.

                                                        Respectfully submitted,

Dated: July 19, 2015                    **BARRY & HELWIG, LLC**

                                                        By:  **s/Peter F. Barry**
                                                        Peter F. Barry, Esq.
                                                        Attorney I.D.#0266577
                                                        2701 SE University Ave, Suite 209
                                                        Minneapolis, Minnesota 55414-3236
                                                        Telephone:  (612) 379-8800
                                                        Facsimile: (612) 379-8810
                                                        pbarry@lawpoint.com

pfb/ra                                            **Attorney for Plaintiff**