UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Brian Kelly, et al.,

    Plaintiff,

vs                                                    Civil No. 14-2061 RHK/HB

Oxford Law, LLC,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to the Notice of Voluntary Dismissal filed by the Plaintiff (Doc. No. 10), **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without costs or fees to either party.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 20, 2015

                                                       s/ Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Court